IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE LAGEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV387 |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order filed this date, the final decision of the Commissioner is affirmed pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 16th day of June, 2011.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge